**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Whitney Harrison,<br><br>Plaintiff,<br><br>v.<br><br>United States of America,<br><br>Defendant. | Case No. 2:26-cv-01161-NJK<br><br>**Order Granting Stipulation for Extension of Time for Defendant to Respond to Plaintiff's Complaint**<br><br>**FIRST REQUEST** |

Plaintiff Whitney Harrison, and Federal Defendant United States of America, through their respective undersigned counsel, hereby stipulate and jointly request that the court extend the due date for the United States' response to the Complaint to and including **August 10, 2026**. This is the first request for an extension of time for the United States to respond to Plaintiff's complaint. This request for an extension is sought in good faith and not for purposes of undue delay.

Plaintiff filed the Complaint on April 15, 2026. On or about May 28, 2026, Plaintiff served the summons and complaint onto the United States via certified mail. The United States' current deadline to file a response is July 27, 2026. Undersigned counsel for Plaintiff and the United States conferred regarding this case and the timing for a response, and Plaintiff has agreed to extend the deadline for the United States to respond to the complaint to August 10, 2026. Accordingly, the parties agree to and request that the Court grant an

extension of the due date for the United States to respond, up to and including August 10, 2026.

Respectfully submitted this 27th day of July 2026.

FLAKE & FLAKE

*/s/ Troy K. Flake*
TROY K. FLAKE
Nevada Bar No. 16859
8905 S. Pecos Road, Suite 23B
Henderson, NV 89074
*Attorney for Plaintiff*

SIGAL CHATTAH
First Assistant United States Attorney

*/s/ James R. Sweetin*
JAMES R. SWEETIN
Assistant United States Attorney

*Attorneys for the United States*

**IT IS SO ORDERED:**

Nancy J. Koppe
United States Magistrate Judge

Dated: July 28, 2026