**FLAKE & FLAKE – ATTORNEYS AT LAW**
JORDAN M. FLAKE, ESQ.
Nevada Bar No.: 10583
TROY K. FLAKE, ESQ.
Nevada Bar No. 16859
8905 S. Pecos Rd., Ste. 23B
Henderson, NV 89074
Telephone (702) 818-1800
Attorneys for Plaintiff
jordan@flakeandflake.com
troy@flakeandflake.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WHITNEY HARRISON, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 2:26-cv-01161-NJK<br><br>**PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**SPECIAL SCHEDULING REVIEW REQUESTED** |

The parties held a scheduling conference under Federal Rule of Civil Procedure 26(f) on September 2, 2026. The parties now submit their proposed discovery plan and scheduling order and request special scheduling review under LR 26-1(a) because the proposed discovery period exceeds 180 days.

This is a complex medical malpractice case arising under the Federal Tort Claims Act. The parties require additional time to obtain and review records from various government agencies and health care providers, and other entities. Additionally, the parties have been cooperatively addressing Defendant’s request for a Rule 35 examination of the Plaintiff. However, Defendant’s expert is unavailable to conduct the examination until December, which would make incorporating the examination in his report impossible under the standard discovery schedule. Accordingly, the parties respectfully request the following scheduling order:

**1. Initial Disclosures:** Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be disclosed by **September 16, 2026**.

**2. Discovery Cut-Off Date:** The first defendant answered or otherwise appeared on August 10, 2026. The discovery cut-off date is **March 8, 2027 (210** days).[1]

**3. Amending the Pleadings and Adding Parties:** The deadline to amend the pleadings and add parties is **December 8, 2026.**

**4. Expert and Rebuttal-Expert Disclosures:** The deadline to disclose experts is **January 7, 2027**. The deadline to disclose rebuttal experts is **February 8, 2027**.

**5. Dispositive Motions:** The deadline to file dispositive motions is **April 7, 2027.**

**6. Pretrial Order:** The deadline to file a pretrial order is **May 7, 2027.** If dispositive motions are filed, the deadline for the pretrial order will be suspended until 30 days after the court's decision on dispositive motions or further court order.

**7. Fed. R. Civ. P. 26(a)(3) Disclosures:** The disclosures required by Rule 26(a)(3) and any objections to them must be included in the joint pretrial order unless otherwise stipulated by the parties and ordered by the court.

**8. Alternative Dispute Resolution:** The parties certify that they have met and conferred about the possibility of using alternative dispute-resolution processes, including mediation, arbitration, and early neutral evaluation, if applicable.

**9. Alternative Forms of Case Disposition:** The parties certify that they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, as well as participation in the Short Trial Program (General Order 2013-01).

**10. Electronic Evidence:** This action arises under the Federal Tort Claims Act and must be tried to the court without a jury. 28 U.S.C. § 2402. No jury trial has been demanded, and the certification required by LR 26-1(b)(9) is therefore inapplicable. The parties nevertheless agree to coordinate on the format of any electronic evidence to be presented at trial.

**11. E-discovery:** The parties agree that disclosure and discovery of electronically stored information should be produced in Portable Document Format.

**12. Email Service:** The parties consent to electronic service, to the extent the size of

---

[1] The parties have adjusted dates falling Saturday, Sunday, or legal holidays to the next court day pursuant to Fed. R. Civ. P. 6(a)(c)

the submission permits it, of all court filings not served through ECF (e.g., filings under seal) and such service shall constitute proper service under FRCP 5(b)(2)(E). The parties further consent to electronic service of correspondence and discovery on all counsel who have entered an appearance on behalf of the party to be served in lieu of other service methods under FRCP 5(b)(2)(E).

**IT IS SO STIPULATED.**

*/s/ Troy K. Flake*
Troy K. Flake
Flake & Flake – Attorneys at Law
Attorneys for Plaintiff

*/s/ Nathan Klaus*
Nathan Klaus
Assistant United States Attorney
Attorney for Defendant

**IT IS SO ORDERED.**

______________________________
United States Magistrate Judge
Dated: