**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Whitney Harrison,

Plaintiff,

v.

United States of America,

Defendants.

Case No. 2:26-cv-01161-JAD-NJK

**Order**

[Docket No. 22]

Pending before the Court is a stipulation that Plaintiff will submit to a medical examination, as well as procedures for that examination. Docket No. 22. "Unless a discovery-related stipulation interferes with court proceedings or deadlines, parties may agree among themselves to discovery procedures without judicial approval." *Cross v. Walmart, Inc.*, 350 F.R.D. 395, 398-99 (D. Nev. 2025) (citing Fed. R. Civ. P. 29; Local Rule 7-1(b)). Permissible extra-judicial discovery agreements may extend to Rule 35 medical examinations. *See, e.g.*, *Comminey v. Sam's W. Inc.*, 2020 WL 2764610, *1 (D. Nev. May 27, 2020) (holding that magistrate judge correctly determined that judicial oversight was unnecessary for stipulation for Rule 35 medical examination). The pending stipulation fails to explain why judicial approval is necessary. Accordingly, the stipulation is **DENIED** as unnecessary.

IT IS SO ORDERED.

Dated: November 2, 2026

Nancy J. Koppe
United States Magistrate Judge